AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES VERNE RUSSELL | )  Case No. |
|  | )      1:19-mj-103 |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Summer of 2018__ in the county of __Muskegon__ in the __WESTERN__ District of __MICHIGAN__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) and (e) | Sexual Exploitation of a Child/Production of Child Pornography |
| 18 USC 2252A(a)(2) & (b)(1) | Receipt, transportation, and distribution, and conspiracy to receive, transport, and distribute, child pornography; and |
| 18 USC 2252A(a)(5)(B) & (b)(2) | Possession and access, or attempted access, with intent to view child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED CONTINUATION OF COMPLAINT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Simon, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 27, 2019

_____
*Judge's signature*

City and state: Grand Rapids, Michigan      Ellen S. Carmody, U.S. Magistrate Judge
*Printed name and title*