UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

No.    1:19-mj-103

v.

COMPLAINT
**PENALTY SHEET**

JAMES VERNE RUSSELL,

        Defendant.

_____/

**CHARGE 1 – Sexual Exploitation of a Child/Production Child Pornography** – 18:2251(a) & (e)

**Maximum penalty:** 15-30 years and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583] (Class B Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100;

**Additional Special Assessment**: [18 U.S.C. § 3014] $5,000;

**Restitution**: [18:3663; Mandatory 18:3663A]

**CHARGE 2 - Transportation of child pornography** - 18 USC 2252A(a)(1) & (b)(1)

**Maximum penalty:** 5-20 years and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583] (Class B Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100;

**Additional Special Assessment**: [18 U.S.C. § 3014] $5,000;

**Restitution**: [18:3663; Mandatory 18:3663A]

**CHARGE 3 - Possession of child pornography** - 18 USC 2252A(a)(5)(B) & (b)(2)

**Maximum penalty:** 10 years and/or $250,000 fine [18:3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100;

**Additional Special Assessment**: [18 U.S.C. § 3014] $5,000;

**Restitution**:  [18:3663; Mandatory 18:3663A]

**<u>FORFEITURE</u>**

Date:  April 22, 2019                                    <u>/s/Daniel Y. Mekaru</u>
                                                        Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046