UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                        Case No. 1:19–mj–103

v.                                 Hon. Ray Kent

JAMES VERNE RUSSELL,

      Defendant.
_____/

**ORDER HOLDING DEFENDANT**
**FOR PROCEEDINGS BEFORE THE GRAND JURY**

      The parties appeared before me on April 29, 2019 for a preliminary examination on the complaint, which charges defendant with sexual exploitation of a child/production of child pornography; receipt, transportation, and distribution, and conspiracy to receive, transport, and distribute, child pornography; and possession and access, or attempted access, with intent to view child pornography in violation of 18 U.S.C. § 2251(a) and (e); 18 U.S.C. § 2252A(a)(2) & (b)(1); and 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). Defendant was represented by counsel and waived a preliminary examination on the record. Accordingly:

      IT IS ORDERED that defendant be and hereby is bound over for further proceedings before the grand jury pursuant to Fed. R. Crim. P. 5.1. An arraignment and initial pretrial conference if indicted, or status conference, is set before the undersigned on May 13, 2019 at 10:30 AM.

      IT IS SO ORDERED.


Dated: April 30, 2019          /s/ Ray Kent
                                       RAY KENT